IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-313-D

| | |
|---|---|
| THE TRANSENTERIX INVESTOR GROUP, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSENTERIX, INC., et al., <br><br> Defendants. | ORDER |

Defendants' motion to dismiss plaintiff's complaint [D.E. 42] is DENIED as moot in light of the amended complaint. The court will resolve defendants' motions to dismiss the amended complaint [D.E. 82, 84] in due course.

SO ORDERED. This 5 day of January 2017.

JAMES C. DEVER III
Chief United States District Court