IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-00313-D

| | |
|---|---|
| THE TRANSENTERIX INVESTOR GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSENTERIX, INC., TODD M. POPE, JOSEPH P. SLATTERY, PAUL LAVIOLETTE, ANDREA BIFFI, DENNIS J. DOUGHERTY, JANE H. HSIAO, WILLIAM N. KELLEY, AFTAB R. KHERANI, DAVID MILNE, RICHARD C. PFENNIGER, JR., WILLIAM STARLING, and CANTOR FITZGERALD & CO.,<br><br>Defendants. | ORDER REGARDING DISCOVERY PLAN |

Before the Court is Defendants' Motion Regarding Discovery Plan (Dkt. No. **95**) (the "Motion"). The Court, having considered the parties' submissions in connections with the Motion, and finding that good cause exists, hereby orders that:

1. The Motion is GRANTED;

2. The Court's Order for Discovery Plan dated May 19, 2017 (Dkt. No. 94) is VACATED; and

3. All discovery and other proceedings in this action, including the completion of a FRCP 26(f) conference, the submission of a FRCP 26(f) discovery plan, and the submission of Rule 26(a) initial disclosures, are STAYED during the pendency of Defendants' motions to dismiss Plaintiff's Amended Complaint for Violations of Federal Securities Laws (Dkt. Nos. 82, 84).

**SO ORDERED.** This **7** day of June 2017.

                                                      JAMES C. DEVER III
                                                     Chief United States District Judge