UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE TRANSENTERIX INVESTOR GROUP, Individually and on behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>v.<br><br>TRANSENTERIX, INC., TODD M. POPE, JOSEPH P. SLATTERY, PAUL LAVIOLETTE, ANDREA BIFFI, DENNIS J. DOUGHERTY, JANE H. HSIAO, WILLIAM N. KELLEY, AFTAB R. KHERANI, DAVID MILNE, RICHARD C. PFENNIGER, WILLIAM STARLING, CANTOR FITZGERALD & CO.,<br><br>             Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-CV-313-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice with each side to bear its own fees and costs.

**This Judgment Filed and Entered on October 6, 2017, and Copies To:**

| | |
|---|---|
| Jack Reise | (via CM/ECF electronic notification) |
| Robert J. Robbins | (via CM/ECF electronic notification) |
| L. Bruce McDaniel | (via CM/ECF electronic notification) |
| Adam M. Apton | (via CM/ECF electronic notification) |
| Samuel Ranchor Harris, III | (via CM/ECF electronic notification) |
| Michael R. Smith | (via CM/ECF electronic notification) |
| Benjamin W. Pope | (via CM/ECF electronic notification) |
| Bethany M. Rezek | (via CM/ECF electronic notification) |
| Chelsea J. Corey | (via CM/ECF electronic notification) |
| Jonathan D. Sasser | (via CM/ECF electronic notification) |
| Mark P. Gimbel | (via CM/ECF electronic notification) |

| | |
|---|---|
| Jeremy M. Falcone | (via CM/ECF electronic notification) |
| Kemper P. Diehl | (via CM/ECF electronic notification) |
| Paul M. Cox | (via CM/ECF electronic notification) |
| Jean S. Martin | (via CM/ECF electronic notification) |
| Daniel K. Bryson | (via CM/ECF electronic notification) |
| David G. Schiller | (via CM/ECF electronic notification) |
| Dhamian A. Blue | (via CM/ECF electronic notification) |
| Reginald B. Gillespie, Jr. | (via CM/ECF electronic notification) |

DATE:                  PETER A. MOORE, JR., CLERK

October 6, 2017           (By) /s/ Nicole Briggeman

                                    Deputy Clerk